(69 South. 90)

No. 21288.

HENDERSON et al. v. CITY OF SHREVEPORT.

(June 7, 1915.)

Appeal from First Judicial District Court, Parish of Caddo; John R. Land, Judge.

Action by W. K. Henderson, Jr., and others, against the City of Shreveport. Judgment for defendant, and plaintiffs appeal. Affirmed.

Wise, Randolph, Rendall & Freyer, of Shreveport, for appellant Henderson. Stewart & Tanner, of Shreveport, for appellants R. P. Moore and others. L. C. Butler and J. M. Foster, both of Shreveport, for appellee.

SOMMERVILLE, J. The appeal in this case was taken by certain taxpayers of Shreveport who were not parties plaintiff in suit numbered 21287 on the docket of the court. 69 South. 88, ante, p. 667.

The issues are the same in both cases; and for the reasons this day assigned in the opinion handed down in the suit between the same parties, and numbered 21287, the

Judgment appealed from is affirmed.